**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 44122**

| | |
|---|---|
| **STATE OF IDAHO,** | ) **2016 Unpublished Opinion No. 800** |
| | ) |
| **Plaintiff-Respondent,** | ) **Filed: December 1, 2016** |
| | ) |
| **v.** | ) **Stephen W. Kenyon, Clerk** |
| | ) |
| **QUAYD JOHN CHARLES JONES,** | ) **THIS IS AN UNPUBLISHED** |
| | ) **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | ) **BE CITED AS AUTHORITY** |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Timothy L. Hansen, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of three years, for burglary and concurrent unified sentence of twenty-eight years, with a minimum period of confinement of three years, for lewd conduct with a minor under sixteen years, affirmed

Eric D. Fredericksen, State Appellate Public Defender; Maya P. Waldron, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before MELANSON, Chief Judge; GRATTON, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Quayd John Charles Jones pled guilty to burglary, I.C. § 18-1401, and lewd conduct with a minor under the age of sixteen years, I.C. 18-1508. In exchange for his guilty pleas, additional charges were dismissed. The district court sentenced Jones to a unified term of ten years, with a minimum period of confinement of three years, for burglary and a concurrent unified term of twenty-eight years, with a minimum period of confinement of three years, for lewd conduct with a minor under sixteen years. Jones appeals.

1

Sentencing is a matter for the trial court's discretion.  Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Jones's judgment of conviction and sentences are affirmed.